# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-50631
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
January 31, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Angel Morquecho-Sanchez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-79-1

_____

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Jose Morquecho-Sanchez appeals his conviction and sentence for illegal reentry after removal. He maintains that his sentence exceeds the statutory maximum because the enhanced penalty provisions of 8 U.S.C. § 1326(b) are unconstitutional. He has filed an unopposed motion for summary disposition and a letter brief conceding correctly that this issue is fore-

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50631

closed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Morquecho-Sanchez states that he has raised the issue only to preserve it for possible further review.

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the motion is GRANTED, and the judgment is AFFIRMED.